IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIETZ & WATSON, INC. | : | CIVIL ACTION |
| v. | : | |
| LIBERTY MUTUAL INSURANCE COMPANY and LIBERTY MUTUAL FIRE INSURANCE COMPANY | : : | NO. 14-4082 |

**O R D E R**

AND NOW, this 28th day of January, 2015, in accordance with the court's Memorandum of Decision dated this same date, it is hereby

**ORDERED**

1. Plaintiff Dietz & Watson, Inc.'s ("D&W") Motion to Compel Production of Documents and/or Request for an in Camera Review of Liberty's Claims of Privilege (Doc. No. 14) is **GRANTED IN PART** and **DENIED IN PART**. Any supplemental production by Liberty shall be made on or before February 11, 2015. No later than February 11, 2015, defendants Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company (collectively "Liberty") shall submit to the undersigned for in camera inspection any documents withheld from production on the basis of the attorney-client privilege or work product doctrine created prior to the settlement of the Underlying Action in September 2013;

2. D&W's Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) (Doc. No. 15) is **GRANTED IN PART** and **DENIED IN PART**;

3. D&W's Motion to Compel Defendants to Produce Nancy Brown, Esquire for a Deposition (Doc. No. 16) is **DENIED**;

    4. D&W's Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) (Doc. No. 18) is **DENIED AS MOOT**;

    5. Liberty's Motion to Strike D&W's Discovery Motions (Doc. No. 19) is **DENIED**; and

    6. D&W's Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) (Doc. No. 21) is **DENIED AS MOOT**.

              BY THE COURT:

                /s/ Thomas J. Rueter
              THOMAS J. RUETER
              United States Magistrate Judge